Submit this form by e-mail to:

CriminalnakeCourtDocs.LA@caud.uscourts.gov  For Los Angeles criminal duty.

CriminalnakeCourtDocs.SA@caud.uscourts.gov  For Santa Ana criminal duty.

CriminalnakeCourtDocs.Riv@caud.uscourts.gov  For Riverside criminal duty.

FILED

2025 AUG 29  AM 10: 52

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: _mmc_ |
|---|---|
| v.  PLAINTIFF | 2:25-MJ-05322-DUTY |
| Dong Hwan Kim | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS#  DEFENDANT | |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest:  _8/27/25_  _0535_  ☒ AM  ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4.  Charges under which defendant has been booked:

_18 USC 2252A(a)(5)(B)_

5.  Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6.  Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7.  Year of Birth:  _1998_

8.  Defendant has retained counsel:  ☒ No
    ☐ Yes  Name: _____  Phone Number: _____

9.  Name of Pretrial Services Officer notified:  _Elsa Perez_

10. Remarks (if any):  _____

11. Name:  _Shane Andersen_  (please print)

12. Office Phone Number:  _310-564-5583_   13. Agency:  _FBI_

14. Signature:  _____   15. Date:  _8/29/25_

CR-64 (09/20)                    **REPORT COMMENCING CRIMINAL ACTION**