```
 1  BILAL A. ESSAYLI
    Acting United States Attorney
 2  DAVID T. RYAN
    Assistant United States Attorney
 3  Chief, National Security Division
    AMANDA B. ELBOGEN (Cal. Bar No. 332505)
 4  Assistant United States Attorney
    Terrorism and Export Crimes Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-5748
 7       Facsimile: (213) 894-2979
         E-mail:    Amanda.elbogen@usdoj.gov
 8
    Attorneys for Respondent
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>           Plaintiff,<br><br>                v.<br><br>DONG HWAN KIM<br><br>           Defendant. | No.  CR  25-00743-SB<br><br>NOTICE OF REASSIGNMENT |
|---|---|

     Respondent hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Previously-Assigned AUSA | David Ryan | David.ryan@usdoj.gov |
| Newly-Assigned AUSA | Amanda Elbogen | amanda.elbogen@usdoj.gov |

//

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA's name is associated with this case as attorney of record for the Respondent and that the newly-assigned AUSA receives all emails relating to filings in this case.

Dated: September 18, 2025        Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

      /s/ *Amanda Elbogen*
AMANDA B. ELBOGEN
Assistant United States Attorney

Attorneys for Plaintiff

2