UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00743-SB                               Date: 09/18/2025

Present: The Honorable: Brianna Fuller Mircheff, United States Magistrate Judge

Interpreter N/A                                          Language N/A

| Christianna Howard | CS 09/18/2025 | Khaldoun Shobaki |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✔ Present  In Custody            Attorneys for Defendants:  ✔ Present  Retained

Dong Hwan Kim                                            Renee Garcia

**Proceedings: Arraignment of Defendant and/or**   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Stanley Blumenfeld.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/04/2025 8:30 AM
* Government counsel provides trial estimate of 3 days.
* The parties are referred to Judge Blumenfeld's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Blumenfeld is located in 6C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:   PSALA        PSAED        PSASA                Initial Appearance/Appointment of Counsel: 00 : 00
   ✔ USMLA        USMED        USMSA
      Statistics Clerk          Interpreter                             Arraignment: 00 : 05
      CJA Supervising Attorney  Fiscal                     Initials of Deputy Clerk: CH by TRB